**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1968**

MICHAEL D. WEBB, a/k/a Major Mike Webb, d/b/a Major Mike Webb for U.S. Congress, d/b/a/ Friends for Mike Webb,

          Petitioner - Appellant,

     v.

RALPH S. NORTHAM, in official and individual capacity; STATE BOARD OF ELECTIONS; MARK HERRING, in official and individual capacity; COUNTY OF ARLINGTON,

          Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, District Judge. (3:20-cv-00497-MHL)

Submitted: June 29, 2021                       Decided: July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael David Webb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Webb appeals the district court's order dismissing his amended civil complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Webb v. Northam*, No. 3:20-cv-00497 (E.D. Va. Aug. 25, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*